79 So.3d 886 (2012)
Synthia POOLE, et al., Appellants,
v.
STATE of Florida, Appellee.
Nos. 5D11-2896, 5D11-2897, 5D11-2898, 5D11-3247, 5D11-3249, 5D11-3274, 5D11-3278, 5D11-3302, 5D11-3315, 5D11-3316, 5D11-3317, 5D11-3318, 5D11-3319, 5D11-3320, 5D11-3321, 5D11-3322.
District Court of Appeal of Florida, Fifth District.
February 14, 2012.
James S. Purdy, Public Defender, and Michael S. Becker, Assistant Public Defender, Daytona Beach, for Appellant.
Pamela Jo Bondi, Attorney General, Tallahassee, and Wesley Heidt, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Flagg v. State, 74 So.3d 138 (Fla. 1st DCA 2011).
MONACO, LAWSON and COHEN, JJ., concur.